UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-4645-DMG (MRW)** | Date | July 30, 2014 |
|---|---|---|---|

| Title | ***Kenneth Richard Barber, Jr. v. Santa Barbara County, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [56]**

On June 26, 2013, *pro se* Plaintiff Kenneth Richard Barber, Jr. commenced this action challenging the conditions at the Santa Barbara County Jail, where he was held pending trial in his criminal action before the Santa Barbara Superior Court.

On May 29, 2014, Plaintiff requested this Court issue a writ directing the Santa Barbara Superior Court to vacate its December 12, 2011 order sealing the 76 motions Mr. Barber filed in his criminal case. [Doc. # 41.] On June 3, 2014, the Honorable Michael R. Wilner, United States Magistrate Judge, denied this request. [Doc. # 42.]

On June 23, 2014, Plaintiff filed his Additional Objections to Magistrates [sic] Order, objecting to Judge Wilner's denial of his request for a writ of mandate. (Objection to Magistrates Order, at 16.) [Doc. # 50.] On June 26, 2014, Judge Wilner, citing *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983), overruled Plaintiff's objections explaining that Plaintiff had failed to present any compelling basis for the court to intervene in the state criminal proceedings. [Doc. # 51.]

This matter is now before this Court on Plaintiff's motion, filed on July 7, 2014 pursuant to Fed. R. Civ. P. 72, for reconsideration of Judge Wilner's decision to overrule Plaintiff's objections. [Doc. # 56.] Although this Court has the jurisdiction to entertain an action for damages for violation of one's civil rights or to issue a writ of habeas corpus for one who is held in violation of his or her constitutional rights, reversing or modifying the state court's rulings is generally beyond this Court's jurisdiction and Plaintiff has failed to present a basis upon which this Court could legitimately exercise such authority. *See Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *see also Noel v. Hall*, 341 F.3d 1148, 1163 (9th Cir. 2003) (under the *Rooker-Feldman* doctrine, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-4645-DMG (MRW)** | Date | July 30, 2014 |
|---|---|---|---|
| Title | ***Kenneth Richard Barber, Jr. v. Santa Barbara County, et al.*** | Page | 2 of 2 |

federal court lacks subject matter jurisdiction over a federal plaintiff's complaint of a legal wrong allegedly committed by the state court which seeks relief from that court's judgment).  As such, Plaintiff has failed to show a basis for reconsideration of Judge Wilner's ruling.

In light of the foregoing, Plaintiff's motion for reconsideration is respectfully DENIED.

IT IS SO ORDERED.

cc: Honorable Michael R. Wilner,
     Magistrate Judge

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|