# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RICHARD BARBER,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>   Defendants. | Case No. CV 13-4645 DMG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered in favor of Defendants.

DATED: March 9, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE